WALTER J. McCLELLAND, Appellant, *v.* CLIMAX HOSIERY MILLS, Respondent.

(Submitted February 10, 1930; decided February 18, 1930.)

MOTION for reargument or to amend remittitur. (See 252 N. Y. 347.)

Motion granted. Recall of remittitur requested and the same, when recalled, will be amended by striking out

the direction for the reassessment of the damages, and in lieu thereof directing judgment in favor of the plaintiff for the amount demanded in the amended complaint, with costs in all courts.